In the Matter of the Judicial Settlement of the Accounts of JOHN A. STEWART et al., as Trustees for JOHN B. TREVOR, under the Will of JOHN B. TREVOR, Deceased.

JOHN B. TREVOR, Appellant; JOHN A. STEWART et al., Trustees, Respondents.

*Matter of Stewart,* 30 App. Div. 368, affirmed.
(Submitted May 25, 1900; decided June 19, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered upon an order made May 24, 1898, affirming a decree of the Surrogate's Court of Westchester county settling the accounts of the trustees for John B. Trevor, a minor, appointed by the will of John B. Trevor, deceased.

*George W. Wickersham* for appellant.

*John Notman* and *William Allen Butler* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MAR-
TIN, LANDON and WERNER, JJ.